Jeffrey W. Allen (SBN 099240)
Nina Paul (SBN 249954)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596
Tel: (925) 934-6102
Fax: (925) 934-6060
E-Mail: jallen@vanlevylaw.com
Attorneys for Plaintiff LESLIE WARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LESLIE WARD,<br><br>     Plaintiff,<br><br>v.<br><br>TATE ACCESS FLOORS, a corporation; MARK JOHNSON, an individual; and DOES 1 through 25, inclusive,<br><br>     Defendants. | CASE NO. C11-02139-DMR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, LESLIE WARD, and Defendants, TATE ACCESS FLOORS and MARK JOHNSON, through their designated counsel, that Defendants, TATE ACCESS FLOORS and MARK JOHNSON, be dismissed from the above-captioned action, with prejudice (each side to bear own costs/fees), pursuant to FRCP 41(a).

Dated: December 9, 2011                     VAN DE POEL, LEVY & ALLEN, LLP

                                                                 _____
                                                                 JEFFREY W. ALLEN
                                                                 Attorneys for Plaintiff, LESLIE WARD

{00844523.DOC;1}                                    1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. C11-02139-DMR)

Dated: December 8, 2011    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

_____
JENNIFER G. REDMOND
Attorneys for Defendants, TATE ACCESS FLOORS and MARK JOHNSON

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that Defendants, TATE ACCESS FLOORS and MARK JOHNSON, are hereby dismissed with prejudice (each side to bear own costs/fees), from the above-captioned action as to all claims and allegations brought against them by Plaintiff, LESLIE WARD.

**IT IS SO ORDERED.**

DATED: December 13, 2011

_____
UNITED STATES DISTRICT JUDGE

{00844523.DOC;1} 2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. C11-02139-DMR)

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

|         |                                              |
|---------|----------------------------------------------|
| Re:     | Leslie Ward v. Tate Access Floors            |
| Court:  | United States District Court – Northern District |
| Action No: | C11-02139-CW                              |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel, Levy & Allen, LLP whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On December 12, 2011, I served the following document(s) in the following manner(s):

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

☐ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☒ **E-FILE:** By transmitting a true copy, via electronic service through the USDC ECF system to recipients listed with court relative to above case

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **E-MAIL:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

Jennifer G. Redmond, Esq.
Morgan Forsey, Esq.
Jessica M. Simmons, Esq.
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Tel: (415) 434-9100
Fax: (415) 434-3947
E-Mail: jredmond@sheppardmullin.com;
mmcole@sheppardmullin.com;
jsimmons@sheppardmullin.com
**Attorney for Defendants
TATE ACCESS FLOORS and MARK JOHNSON**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   December 12, 2011

_____
Ramonda Clarke

{00799335.DOC;1}PROOF OF SERVICE                                  CASE NO. C11-02139-CW